UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **GLORIA KENNON** | **CIVIL ACTION NO. 5:12CV672** |
| **VERSUS** | **JUDGE FOOTE** |
| **OTIS ELEVATOR CO.** | **MAG. JUDGE HAYES** |

### O R D E R

On September 5, 2012, a **MOTION TO COMPEL** was filed by Gloria Kennon. Mover has failed to certify that she has complied with LR37.1. In addition, this motion requires a memorandum of support in accordance with LR7.4. Mover failed to provide a memorandum in support. Mover was notified of these deficiencies on September 7, 2012, but has failed to correct them.

Accordingly,

**IT IS ORDERED** that the **MOTION TO COMPEL** filed by Gloria Kennon on September 5, 2012, be and is hereby stricken from the record.

Monroe, Louisiana, this __3rd__ day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE